UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>JOSE ERBO,<br><br>                Defendant. | 97 Cr. 1105 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

   Following the Court of Appeals' mandate, Mr. Erbo may file his successive petition.

**SO ORDERED.**

Dated:  May 29, 2020
        New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.