UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

JOSE ERBO,

        Defendant.

97 Cr. 1105 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Mr. Erbo's motion under 28 U.S.C. § 2255 and request for leave to file an amended motion.  Mr. Erbo may supplement his petition by no later than July 29, the Government shall respond by August 28, and Mr. Erbo may file a reply by September 18.  Chambers will mail a copy of this order to Mr. Erbo.

**SO ORDERED.**

Dated:  June 29, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.