UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOSE ERBO,

           Defendant.

---

No. 97-CR-1105 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Jose Erbo's motion [dkt. no. 288] requesting compassionate release and an order of deportation under 18 U.S.C. § 3582(c)(1)(A).  The Government shall respond to Mr. Erbo's motion by March 31, 2021.  Mr. Erbo shall file any reply by April 21, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Erbo.

**SO ORDERED.**

Dated:    March 3, 2021
           New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge