UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

JOSE ERBO,

    Defendant.

---

No. 97-CR-1105 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Mr. Erbo's letter dated February 22, 2022 [dkt. no. 310].  The Government may respond no later than March 10, 2022.

**SO ORDERED.**

Dated:  March 4, 2022
    New York, New York

_Loretta A. Presla_____
LORETTA A. PRESKA
Senior United States District Judge

1