UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    97-CR-1105 (LAP)
        -v.-                         :
                                     :    ORDER
JOSE ERBO,                           :
                                     :
            Defendant.               :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Erbo's pro se submission seeking to supplement his motion for a sentence reduction and compassionate release pursuant to 18 U.S.C. 3852(c)(1)(A) (dkt. nos. 328, 329, 331.)  The Government shall respond to Mr. Erbo's submission by March 10, 2025.  Mr. Erbo may submit any reply by April 7, 2025.  The Clerk of the Court shall mail a copy of this order to Mr. Erbo.

**SO ORDERED.**

Dated:   February 10, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1