UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JOSE ERBO,<br><br>                Defendant. | No. 97-CR-1105 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court reiterates its prior Orders (dkt. nos. 349, 352) requiring the Government to respond to Defendant Jose Erbo's motion for a sentence reduction and compassionate release, pursuant to 18 U.S.C. 3852(c)(1)(A) (dkt. no. 352.)  The Government shall respond to Mr. Erbo's motion no later than April 30, 2025.  Mr. Erbo's reply shall be due 30 days from the date on which the Government files its response.  The Clerk of the Court shall mail a copy of this Order to Mr. Erbo.

**SO ORDERED.**

Dated:    April 1, 2025
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge